Circuit Court for Baltimore County
Case No. 03-C-15-006503
Argued: March 3, 2016

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 20
September Term, 2015

ATTORNEY GRIEVANCE COMMISSION

OF MARYLAND

v.

WAYNE GORDON GRACEY

Barbera, C.J.
Battaglia
Greene
Adkins
McDonald
Watts
Hotten,

JJ.

PER CURIAM ORDER

Filed: March 3, 2016

| ATTORNEY GRIEVANCE | * | **In the** |
| COMMISSION OF MARYLAND | | |
| | * | **Court of Appeals** |
| v. | * | **of Maryland** |
| | * | **Misc. Docket AG No. 20** |
| WAYNE GORDON GRACEY | * | **September Term, 2015** |

### PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 3rd day March 2016,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Wayne Gordon Gracey be, and he is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of Wayne Gordon Gracey from the register of attorneys, and pursuant to Maryland Rule 16-760(e), shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

ORDERED that Respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 16-761(b), for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Wayne Gordon Gracey.

/s/ Mary Ellen Barbera
Chief Judge